UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUQRIS THOMPSON,<br><br>     Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, et al.,<br><br>     Defendant(s). | Case No. 2:14-cv-01286-JAD-NJK<br><br>ORDER GRANTING IN PART<br>EX PARTE MOTION TO EXTEND<br><br>(Docket No. 13) |

Pending before the Court is Plaintiff's motion to extend the time to effectuate service on Defendant Gerald Luke Ciciliano. Docket No. 13. Defendants have not yet appeared. Plaintiff argues that a 111-day extension is proper, *inter alia*, in light of his diligent but failed attempts to serve Defendant Ciciliano. *See id.* at 4. The Court must extend the deadline to serve the complaint when good cause is shown. *See* Fed. R. Civ. P. 4(m). The Court finds that good cause exists to grant an extension, but not of the length requested. Accordingly, the motion to extend is hereby **GRANTED** in part. The Court **ORDERS** that Plaintiff's deadline to effectuate service on Defendant Ciciliano is extended to February 5, 2015.

　　　　IT IS SO ORDERED.

　　　　DATED: December 11, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge