UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Luqris Thompson,

    Plaintiff,

v.

Las Vegas Metropolitan Police Department et al.,

    Defendants.

2:14-cv-01286-JAD-NJK

**Order Granting in Part Motions to Dismiss**
[##28, 36]

    The court heard oral argument on Las Vegas Metropolitan Police Department and George Libbey's Motion to Dismiss (Doc. 28) and Defendants Clark County and Public Defender Willard Ewing's Motion to Dismiss (Doc. 36) on June 29, 2015. Based on the findings and conclusions the court stated on the record during the hearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motions **(Docs. 28 and 36) are GRANTED IN PART and DENIED IN PART** as follows:

    Plaintiff's **second claim for relief** (conspiracy) is **dismissed** in its entirety **with leave to amend**;

    Plaintiff's **third claim for relief** (due process) is **dismissed with prejudice as against Clark County and Ewing** because I find amendment of this claim against Clark County and Ewing would be futile;

    Plaintiff's **fourth claim for relief** (civil rights) is dismissed in its entirety as duplicative of the third claim and **with prejudice**;

    Plaintiff's **fifth claim for relief** (intentional infliction of emotional distress) is **dismissed with leave to amend**;

    Plaintiff's **sixth and seventh claims for relief** (malicious prosecution and false imprisonment) are **dismissed with prejudice** in their entirety because I find amendment of these claims would be futile.

The motions are **denied in all other respects**.

Plaintiff has until July 17, 2015, to file the amended complaint.

Dated this 29th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge