# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUQRIS THOMPSON,                                    )
                                        )     Case No. 2:14-cv-01286-JAD-NJK
               Plaintiff(s),                    )
vs.                                                )     ORDER
                                          )
LAS VEGAS METROPOLITAN                             )
POLICE DEPARTMENT, et al.,                          )
                                     )
               Defendant(s).                   )
_____)

       Pending before the Court is a motion for protective order.  Docket No. 71.  The Court ORDERS that any response shall be filed no later than September 30, 2015.  Any reply shall be filed no later than October 1, 2015.

       IT IS SO ORDERED.

       DATED: September 28, 2015

                                                 _____
                                      NANCY J. KOPPE
                                      United States Magistrate Judge