# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUQRIS THOMPSON,<br>　　Plaintiff(s),<br>v.<br>GEORGE LIBBEY,<br>　　Defendant(s). | Case No.: 2:14-cv-01286-JAD-NJK<br>**Order**<br>[Docket No. 112] |

Pending before the Court is a motion to withdraw as Plaintiff's attorneys, indicating that Plaintiff wishes to proceed *pro se*. Docket No. 112. For good cause shown, that motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiff is proceeding *pro se* with the address listed at page 5 of Docket No. 112.

IT IS SO ORDERED.

Dated: August 28, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1