1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

11 LUQRIS THOMPSON,

      Case No.: 2:14-cv-01286-JAD-NJK

12     Plaintiff(s),

      **Order**

13 v.

14 GEORGE LIBBEY,

15     Defendant(s).

16       This case was remanded to allow Plaintiff to bring a single claim for malicious prosecution.

17 Plaintiff filed that amended complaint and Defendant answered. Docket Nos. 109, 110. The

18 parties have otherwise not advanced the case, so it appears no further proceedings are required

19 short of trial. Accordingly, the Court hereby **ORDERS** the parties to file a joint proposed pretrial

20 order by September 28, 2018.[1]

21       IT IS SO ORDERED.

22       Dated: August 28, 2018

23 _____

    Nancy J. Koppe

24     United States Magistrate Judge

25

26

27

_____

[1] To the extent either or both parties believe further proceedings short of trial are required,
28 nothing herein prevents them from filing a proper request for relief so explaining.

1