# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUQRIS THOMSPON,

    Plaintiff(s),

v.

GEORGE LIBBEY,

    Defendant(s).

Case No.: 2:14-cv-01286-JAD-NJK

**ORDER**

This matter is before the Court on Plaintiff's failure to update his address. In particular, the Court has received mail returned as undeliverable to Plaintiff. Docket No. 116. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). The local rules require that litigants immediately file written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Plaintiff is hereby **ORDERED** to update his address with the Court by October 10, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: September 26, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1