# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUQRIS THOMPSON,

    Plaintiff(s),

v.

GEORGE LIBBEY,

    Defendant(s).

Case No.: 2:14-cv-01286-JAD-NJK

**ORDER**

[Docket No. 119]

Pending before the Court is Defendant's motion for relief from the deadline to file the joint proposed pretrial order. Docket No. 119.[1] That motion is hereby **GRANTED** in part in that the deadline to file a joint proposed pretrial order is **EXTENDED** to November 14, 2018.

IT IS SO ORDERED.

Dated: October 1, 2018

                                        Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] When a party requests relief, he must file a motion or a stipulation. *See* Local Rules 7-1, 7-2. A "notice" is not a vehicle for requesting relief. The Court expects future filings to comply with the local rules.

1