AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Luqris Thompson

                JUDGMENT IN A CIVIL CASE

        Plaintiff,
v.                     Case Number: 2:14-cv-01286-JAD-NJK

Las Vegas Metropolitan Police
Department et al

        Defendants.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this case is DISMISSED without prejudice.

Judgment is hereby entered in favor of defendants and against plaintiff.


November 7, 2018                           DEBRA K. KEMPI
Date                                         Clerk

                                                /s/ M. Morrison
                                                Deputy Clerk